No. 86–1461. EDWARD J. DEBARTOLO CORP. *v.* FLORIDA GULF COAST BUILDING & CONSTRUCTION TRADES COUNCIL ET AL.

C. A. 11th Cir. [Certiorari granted, 482 U. S. 913.] Motion of the Solicitor General for divided argument granted to be divided as follows: 20 minutes for petitioner and 10 minutes for the Solicitor General.